

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2025

No. 04-24-00213-CR

**EX PARTE** Misael **MORENO MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 13352CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori Massey Brissette, Justice

In accordance with this court's opinion of this date, we **DISMISS** Misael Moreno Martinez's appeal.

It is so **ORDERED** on October 15, 2025.

_____
Rebeca Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court